

FEB 07 2020

Clerk, U.S. District Court
Texas Eastern

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_Texarkana_ DIVISION

Case Number: 5:20cv20

Name of Plaintiff(s): Jimmy L. Haynes Jr.

vs

Name of Defendant(s): Wal-Mart Super Center

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, _Jimmy Haynes_ (name of plaintiff), is a citizen of the United States and resides at _2210 West 15th St. Apt. 500_ (street address), _Texarkana_ (city), _Bowie_ (county), _Texas_ (state), _75501_ (zip), _903-701-5256_ (telephone).

3.. Defendant, __Wal-Mart Super Center__, resides at, or its business is
   (name of defendant)

located at __4000 New Boston Rd.__, __Texarkana__,
   (street address)                              (city)

__Bowie__, __Texas__, __75501__, __903-838-4007__
   (county)        (state)    (zip)     (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

   at __4000 New Boston Rd.__, __Texarkana__,
      (street address)                              (city)

   __Bowie__, __Texas__, __75501__.
      (county)        (state)    (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

   of the complaint on or about __12-27-2018__.
                                (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __1/15/2019__.
   (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __11-18-2019__.
   (month day, year)

8.  Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3) _____ sex,

    (4) _____ national origin, defendant:

    a.  _____ failed to employ plaintiff.

    b.  __✓__ terminated plaintiff's employment.

    c.  _____ failed to promote plaintiff.

    d.  _____ Other _____

    _____

    _____

9.  The circumstances under which the defendant discriminated against plaintiff were as follows:

    Personal Harm,
    a. In 12/2018 ex-coworker Christe Taylor (Department Manager) made false accusations against me to managment. Christe Taylor stated to me "Who do you think they are going to believe me or you, I'm a white girl".
    B. On 12/27/2018 I was discharged from my position as Garden Center Manager at Wal-Mart Super Center (Store # 2123) by George Wood Store Manager.

10. The acts set forth in paragraph 9 of this complaint:

   a. ✓ are still being committed by defendant.

   b. ___ are no longer being committed by defendant.

   c. ___ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   a. ___ Defendant be directed to employ plaintiff.

   b. ✓ Defendant be directed to re-employ plaintiff.

   c. ___ Defendant be directed to promote plaintiff.

   d. ___ Defendant be directed to __Jimmy Haynes__ and that the

   Court grant such relief as may be appropriate, including injunctive orders,

   damages, costs and attorney's fees.

_____
(Signature of Plaintiff)