# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| JIMMY L. HAYNES, JR., § § § Plaintiff, § § v. § CIVIL ACTION NO. 5:20-CV-00020-RWS § § WAL-MART SUPER CENTER, § § § Defendant. § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 4th day of November, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE